IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

**BRUCE SUSEL,**

      **Plaintiff,**             CIVIL ACTION FILE NO.

                                            1:22-CV-04209-SEG-JEM

**RUBIN LUBLIN LLC,**

      **Defendant.**

## AMENDMENT TO COMPLAINT

As a matter of course pursuant to FRCP 15 (a)(1) Bruce Susel ("Susel"), amends his Complaint as follows:

1.

Upon review of <u>Doyle v. Frederick Hanna & Associates, P.C.</u>, 287 Ga. 289 (2010), Susel deletes from the Complaint **<u>COUNT ONE: VIOLATIONS OF GEORGIA FAIR BUSINESS PRACTICES ACT,</u>** <u>and paragraphs 40-48 of the Complaint, and subparagraph (1) of the prayer contained in the Complaint, withdrawing that claim and count completely.</u>

2.

Upon review of cases such as <u>Moskovits v. Aldridge Pite, LLP</u>, 677 Fed App'x 510 (11th Cir. 2017), and <u>Maloy v. Phillips,</u> 64 F.3d 607 (11th Cir. 1995), Susel deletes from the Complaint **<u>COUNT TWO: VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT</u>** <u>and the paragraphs therein, paragraphs 49-53 of the complaint, and subparagraph (2) of the prayer contained in the Complaint,  withdrawing that claim and count completely.</u>

3.

While Susel's position   is that Defendant's argument about the legally sufficiency of a claim breach of fiduciary duty claim against it is incorrect in light of <u>Stewart</u> and Georgia other cases, Susel notes that his actual damages are in the neighborhood of $5500. Therefore, Susel amends subparagraph 3 of the prayer in the Complaint to say, as the lawyers did in <u>Federated Mutual Ins. Co. v. McKinnon Motors, LLC</u>, 329 F.3d 805 (2003), that while the initial prayer was for not  less than $100,000, plus attorneys' fees and possible punitive damages, the reasonable recovery on this case would not exceed $74,000, and Susel and his counsel upon remand to State Court will seek total damages no greater than $74,000.

3 | P a g e

Accordingly, this case should be remanded to the State Court of Gwinnett County Georgia, Case Number 22-C-05304-S2, pursuant to 28 U S C 1447 (c), in accordance with the motion to remand to be filed shortly. Upon remand, counsel will of right pursuant OCGA 9-11-15 file an amended complaint containing a new prayer in accordance with counsel's representations herein.

Respectfully submitted this 17th day of November, 2022.

**DALZIEL LAW FIRM**
**/s/Charles M. Dalziel, Jr.**
**Charles M. Dalziel, Jr.**
**680 Village Trace N.E.**
**Suite 20E**
**Marietta GA 30060**
**(404)735-0438**
**chuck@dalziellawfirm.com**
**Attorney for Plaintiff**

## CERTIFICATE OF COUNSEL.

I hereby certify that the foregoing document has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1C.

DALZIEL LAW FIRM
*/s/Charles M. Dalziel, Jr.*
**Charles M. Dalziel, Jr.**
**680 Village Trace N.E.**
**Suite 20E**
**Marietta GA 30060**
**(404)735-0438**
chuck@dalziellawfirm.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

On November 17, 2022, I electronically filed the foregoing through the CM/ECF system, which will provide electronic notice to the following: Bret J. Chaness, Patty Whitehead, Rubin Lublin, LLC, bchaness@rlselaw.com; pwhitehead@rlse.com.

DALZIEL LAW FIRM

*/s/Charles M. Dalziel, Jr.*

**Charles M. Dalziel, Jr.**

**680 Village Trace N.E.**

**Suite 20E**

**Marietta GA 30060**

**(404)735-0438**

chuck@dalziellawfirm.com

**Attorney for Plaintiff**